NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAIICHI SANKYO, INC., ASTRAZENECA PHARMACEUTICALS LP,**

*Plaintiffs-Appellants*

**v.**

**UNITED STATES PATENT AND TRADEMARK OFFICE, KATHERINE K. VIDAL, in her official capacity as the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**

*Defendants-Appellees*

---

2023-2390

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:21-cv-00899-LMB-JFA, Judge Leonie M. Brinkema.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                              DAIICHI SANKYO, INC. V. PTO

(2)  Each side shall bear their own costs.

FOR THE COURT

March 4, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 4, 2024